GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

SHELLEY KAUFMAN   SBN 100696
Attorney for Plaintiff FLORENCE HOUGH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE HOUGH, | Case No.: C 08-4881-CRB |
| Plaintiff, | [Proposed] |
| vs. | ORDER TO DISMISS FEDERAL CAUSES OF ACTIONS |
| CITY AND COUNTY OF SAN FRANCISCO, THE SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY, et. al., | *Honorable Charles R. Breyer* |
| Defendants. | |

The Court having considered the Stipulation to dismiss the federal causes of actions, and GOOD CAUSE appearing, it is hereby ORDERED that causes of action four (4) and five (5) of the above-entitled action be dismissed with prejudice. The court hereby orders the matter remanded to State court for further proceedings on the remaining counts.

*IT IS SO ORDERED*

Dated: September  03  , 2009

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*